UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA A. HUFFMAN,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. C09-537-RSL<br><br><br><br>~~PROPOSED~~ ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for a *de novo* hearing pursuant to sentence four of 42 U.S.C. §405(g). On remand, the administrative law judge (ALJ) shall:

- reevaluate the claimant's impairments;
- reassess the medical source opinion evidence, providing legally sufficient reasons for the weight given to each opinion;
- obtain the testimony of a medical expert, if warranted;
- re-evaluate the claimant's credibility;
- reassess the lay witness testimony;
- reassess the claimant's RFC, incorporating all limitations included in the medical evidence that is not specifically rejected; and
- obtain vocational expert testimony to address the claimant's RFC.

Page 1　　ORDER - [2:09-CV-537-RSL-MAT]

New medical evidence, if available, shall be considered on remand. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 9th day of December, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 9th day of December, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented By:

/s/ LEISA A. WOLF     WSB # 23206
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3621
FAX: (206) 615-2531
leisa.wolf@ssa.gov