UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA A. HUFFMAN, ) | CASE NO. C09-0537-RSL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION FOR EQUAL ACCESS TO |
| MICHAEL J. ASTRUE, Commissioner ) | JUSTICE ACT FEES |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed a motion for fees under the Equal Access to Justice Act (EAJA). (Dkt. 22.) Defendant submitted an objection to the amount of fees requested (Dkt.25), but the parties subsequently conferred and stipulated to a reduced amount of fees (Dkt. 26.)

Plaintiff now seeks $6,199.92 in attorney's fees and $29.44 in expenses pursuant to the EAJA, 28 U.S.C. § 2412, and $66.50 in costs pursuant to 28 U.S.C. § 1920, for a total award of $6,295.86. As noted, defendant stipulates to this request. (*See* Dkt. 26.) Having considered the stipulated motion and the accompanying documents, the Court finds plaintiff's request reasonable.

ORDER GRANTING PLAINTIFF'S MOTION
FOR EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -1

It is therefore ORDERED:

(1) The stipulated motion for EAJA fees (Dkt. 26) is GRANTED. Plaintiff's original motion for EAJA fees (Dkt. 22) is STRICKEN as moot. Plaintiff is hereby awarded the attorney's fees, expenses, and costs requested.

(2) The Clerk shall send copies of this Order to the Honorable Robert S. Lasnik and to the parties.

DATED this 12th day of March, 2010.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -2